Argued and submitted July 10, affirmed September 16, 1992

STATE OF OREGON,
*Respondent,*

*v.*

MATTHEW SCOTT CARLSON,
*Appellant.*

(90-1809; CA A69283)

836 P2d 1378

Richard L. Wolf, Oregon City, argued the cause and filed the brief for appellant.

Thomas H. Denney, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Charles S. Crookham, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Buttler, Presiding Judge, and Rossman and De Muniz, Judges.

PER CURIAM

Affirmed. *State v. Lazaro*, 113 Or App 330, 832 P2d 1259 (1992).